226 So.2d 922

## BARNETT HOME APPLIANGE CORPORATION

v.

Henry A. GUIDRY, Jr., Henry A. Guidry, Sr.

No. 50036.

Oct. 14, 1969.

In re: Henry A. Guidry, Sr., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 224 So.2d 134.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

226 So.2d 923

## Michael PEA, Sr., Individually and as Administrator of the Estate of his Minor Son, Michael Pea, Jr.

v.

Johnny E. SMITH et al.

No. 50038.

Oct. 14, 1969.

In re: Johnny E. Smith et al., applying for certiorari, or writ of review, to the

Court of Appeal, First Circuit, Parish of East Baton Rouge. 224 So.2d 37.

The application is denied. According to the facts of the case as found to be by the Court of Appeal there appears no error of law in the judgment complained of.

BARHAM, J., is of the opinion the writ should be granted. Under the facts found by the Court of Appeal I do not believe that the defendant was negligent as a matter of law.